PHILLIP A. TALBERT
United States Attorney
Joseph Douglas Harman
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PEIYAN ZOU,<br><br>                              Defendant. | CASE NO.  2:24-PO-00198-CSK<br><br>STIPULATION REGARDING CONTINUANCE OF BENCH TRIAL; FINDINGS AND ORDER<br><br>DATE: December 19, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Chi Soo Kim |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Peiyan Zou, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a bench trial hearing on December 19, 2024.

2.      By this stipulation, the government now moves to continue the bench trial until April 21, 2025 at 10:00am.

3.      The government's main witness went into labor on December 16, 2024, earlier than her projected due date of early January.  Due to giving birth, this witness will not be available to testify at the December 19, 2024 date set for trial.  The witness is central to the government's case, and trial cannot proceed with this witness.

4.      The defendant does not oppose the requested continuance.

///

IT IS SO STIPULATED.

Dated:  December 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Joseph Douglas Harman*
JOSEPH DOUGLAS HARMAN
Assistant United States Attorney

Dated:  December 16, 2024

/s/ *Daniel A. Martin*
Daniel A. Martin
Counsel for Defendant
Peiyan Zou

1

2                                    **[PROPOSED]** **ORDER**

3          **IT IS SO ORDERED** that the bench trial currently scheduled for December 19, 2024 at

4    10:00am is hereby continued to April 21, 2025 at 10:00am.

5

6

7          IT IS SO ORDERED.

8    Dated: _December 17, 2024_____          _____
                                                      THE HONORABLE CHI SOO KIM
9                                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28